Dismissed and Memorandum Opinion filed March 26, 2009








Dismissed
and Memorandum Opinion filed March 26, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00122-CV

____________

 

M-I L.L.C., Appellant

 

V.

 

MELVIN DAVID GAZLOFF, Appellee

 



 

On Appeal from the
280th District Court

Harris County,
Texas

Trial Court Cause
No. 2008-33429

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from an order signed January 9, 2009.  On February 20, 2009, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Guzman, and Sullivan.